UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,       ) | |
| Plaintiff,       ) | |
| vs.       ) | No. 3:08-CR-167-B (BH) |
| ) | |
| JARVIS DUPREE ROSS,       ) | |
| Defendant.       ) | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the Court is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. For the reasons stated in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, Defendant Jarvis Dupree Ross's *Request of Temporary Reprieval of Monetary Payment Schedule*, received July 24, 2014 (doc. 580), may not be construed as a motion under 28 U.S.C. § 2241 and is hereby **DENIED**.

SIGNED this 7th day of January, 2015.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE